WILLIAM P. RING
Coconino County Attorney
Rose Winkeler
Deputy County Attorney
State Bar No. 025023
110 E. Cherry Ave.
Flagstaff, Arizona 86001
(928) 679-8200
rwinkeler@coconino.az.gov
*Attorney for County Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mikkel Jordahl; Mikkel (Mik) Jordahl, P.C., <br><br> Plaintiffs, <br><br> v. <br><br> Mark Brnovich, Arizona Attorney General; Jim Driscoll, Coconino County Sheriff; Matt Ryan, Coconino County Board of Supervisors Chair; Lena Fowler, Coconino County Board of Supervisors Vice Chair; Elizabeth Archuleta, Coconino County Board of Supervisors Member; Art Babbott, Coconino County Board of Supervisors Member; Jim Parks, Coconino County Board of Supervisors Member; Sarah Benatar, Coconino County Treasurer, all in their official capacities, <br><br> Defendants. | Case No.: 3:17-cv-08263-PCT-DJH <br><br> **NOTICE OF APPEARANCE** |

The undersigned attorney on behalf of Coconino County Defendants Jim Driscoll,

1

Coconino County Sheriff; Matt Ryan, Coconino County Board of Supervisors Chair; Lena Fowler, Coconino County Board of Supervisors Vice Chair; Elizabeth Archuleta, Coconino County Board of Supervisors Member; Art Babbott, Coconino County Board of Supervisors Member; Jim Parks, Coconino County Board of Supervisors Member; and Sarah Benatar, Coconino County Treasurer, hereby enters a Notice of Appearance in the above captioned case.

RESPECTFULLY SUBMITTED this 18th day of December, 2017.

    WILLIAM P. RING
    Coconino County Attorney

    /s/ Rose Winkeler
    Rose Winkeler
    Deputy County Attorney

**WILLIAM P. RING**
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of December, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kathleen E. Brody
Darrell L. Hill
ACLU Foundation of Arizona
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone:  (602) 650-1854
kbrody@acluaz.org
dhill@acluaz.org

Brian Hauss
Vera Eidelman
Ben Wizner
Speech, Privacy & Technology Project
125 Broad St., 18th Floor
New York, NY 10004
Telephone:  (212) 549-2500
bhauss@aclu.org
veidelman@aclu.org
bwizner@aclu.org
ACLU Foundation

Mark Brnovich
Arizona Attorney General
Drew C. Ensign
Oramel H. (O.H.) Skinner
Brunn (Beau) W. Roysden III
Evan G. Daniels
Assistant Attorneys General
2005 N. Central Ave.
Phoenix, AZ 85004

**WILLIAM P. RING**
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200

Telephone; (602) 542-5200
Drew.Ensign@azag.gov
O.H.Skinner@azag.gov
Beau.Roysden@azag.gov
Evan.Daniels@azag.gov


/s/ Rose Winkeler_____
Rose Winkeler, Deputy County Attorney
*Attorneys for County Defendants*

**WILLIAM P. RING**
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200

4