IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikkel Jordahl, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>Mark Brnovich, et al., <br><br>    Defendants. | No. CV-17-08263-PCT-DJH <br><br>**ORDER** |

Before the Court is the Parties' Joint Motion to Extend/Accelerate Deadlines, Consolidate Briefs, and Expand Page Limits (Doc. 16). For good cause showing,

**IT IS ORDERED** that the Court **GRANTS the motion (Doc. 16) in part** as to the parties' request to extend/accelerate deadlines and consolidate briefs. However, the Court **DENIES the motion (Doc. 16) in part** as to the parties' requests to expand page limits.

**IT IS FURTHER ORDERED** that the following briefing schedule is established for this case:

- The State and County Defendants shall each have until January 18, 2018 to file a combined: (1) Response to Plaintiffs' Motion for a Preliminary Injunction (Doc. 6); and (2) (if applicable) Motion to Dismiss Plaintiffs' Complaint (Doc. 1). If either Defendant instead elects to file an Answer instead of a Motion to Dismiss, such Answer shall also be due on January 18, 2018.

- Plaintiffs shall have until February 15, 2018 to file a single consolidated (1) Reply in support of their Motion for a Preliminary Injunction; and (2) Response to any Motion to Dismiss (if applicable).
- In the event the State and County Defendants file a Motion to Dismiss, they shall have until March 1, 2018 to file a Reply in support thereof.

**IT IS FURTHERED ORDERED DENYING** all requests for page extensions. The parties are instructed to comply with the page limitations in LRCiv. 7.2(e).

**Dated** this 4th day of January, 2018.

_____
Honorable Diane J. Humetewa
United States District Judge