WILLIAM P. RING
Coconino County Attorney
Rose Winkeler
State Bar No. 025023
Mandi Vuinovich
State Bar No. 030851
Deputy County Attorney
110 E. Cherry Ave.
Flagstaff, Arizona 86001
(928) 679-8200
rwinkeler@coconino.az.gov
mvuinovich@coconino.az.gov
*Attorney for County Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mikkel Jordahl; Mikkel (Mik) Jordahl, P.C., <br><br> Plaintiffs, <br> v. <br><br> Mark Brnovich, Arizona Attorney General; Jim Driscoll, Coconino County Sheriff; Matt Ryan, Coconino County Jail District Board of Directors Member; Lena Fowler, Coconino County Jail District Board of Directors Member; Elizabeth Archuleta, Coconino County Jail District Board of Directors Member; Art Babbott, Coconino County Jail District Board of Directors Member; Jim Parks, Coconino County Jail District Board of Directors Member; all in their official capacities, <br><br> Defendants. | Case No.: 3:17-cv-08263-PCT-DJH <br><br> **RESPONSE OF DEFENDANTS COCONINO COUNTY SHERIFF AND JAIL DISTRICT BOARD OF DIRECTORS MEMBERS TO MOTION FOR PRELIMINARY INJUNCTION** |

1

As set forth in their Answer to the Complaint, Defendants Coconino County Sheriff Jim Driscoll; Coconino County Jail District Board of Directors Member Matt Ryan, Coconino County Jail District Board of Directors Member; Lena Fowler, Coconino County Jail District Board of Directors Member; Elizabeth Archuleta, Coconino County Jail District Board of Directors Member; Art Babbott, Coconino County Jail District Board of Directors Member; and Coconino County Jail District Board of Directors Member Jim Parks, maintain that they are not proper or necessary parties and that their inclusion in this action is nominal only. They will, of course, continue to adhere to the rules of procedure and any orders of the Court entered relative to this matter. Such being the case, the Coconino County Defendants take no position with regard to the constitutionality of A.R.S. § 35-393.01.

While County Defendants take no position on the constitutionality of A.R.S. § 35-393.01, they object to the form of the injunction order as proposed by Plaintiffs. The proposed Order enjoins the Defendants from enforcing A.R.S. § 35-393.01 generally, without any limitation to the named Plaintiffs. Thus, the proposed injunction would prohibit the Jail District from enforcement of the provision as to all its contractors without any showing of harm to these contractors. Plaintiffs have not declared that they are acting in the capacity as class representatives nor been certified as much pursuant to Rule 23, Federal Rules of Civil Procedure, nor asserted that they meet the test for class certification set forth in Navellier v. Sletten, 262 F.3d 923, 941 (9th Cir. 2001).

2

In the absence of class certification, a preliminary injunction may only properly address the harm to the named plaintiff. Takiguchi v. MRI Int'l, Inc., 611 F. App'x 919, 920 (9th Cir. 2015). Such being the case, the requested relief is not tailored to remedy the specific harm alleged. Relief in the form of an overbroad preliminary injunction is an abuse of discretion. Nat. Res. Def. Council, Inc. v. Winter, 508 F.3d 885, 886 (9th Cir. 2007)(citing *Lamb–Weston, Inc. v. McCain Foods, Ltd.,* 941 F.2d 970, 974 (9th Cir.1991).

Thus, in the event the Court orders any preliminary injunction, it should narrowly tailor the injunction to the specific harm alleged, limited to the named Plaintiffs.

RESPECTFULLY SUBMITTED this 18th day of January, 2018.

      WILLIAM P. RING
      Coconino County Attorney

      /s/ Rose Winkeler_____
      Rose Winkeler
      Deputy County Attorney

**WILLIAM P. RING**
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18<u>th</u> day of <u>January</u>, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kathleen E. Brody
Darrell L. Hill
ACLU Foundation of Arizona
3707 N. 7th St., Ste. 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
kbrody@acluaz.org
dhill@acluaz.org

Brian Hauss
Vera Eidelman
Ben Wizner
Speech, Privacy & Technology Project
125 Broad St., 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
bhauss@aclu.org
veidelman@aclu.org
bwizner@aclu.org
ACLU Foundation

Mark Brnovich
Arizona Attorney General
Drew C. Ensign
Oramel H. (O.H.) Skinner
Brunn (Beau) W. Roysden III
Evan G. Daniels
Assistant Attorneys General
2005 N. Central Ave.
Phoenix, AZ 85004

**WILLIAM P. RING**
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200

4

Telephone;  (602) 542-5200
Drew.Ensign@azag.gov
O.H.Skinner@azag.gov
Beau.Roysden@azag.gov
Evan.Daniels@azag.gov


/s/ Rose Winkeler_____
Rose Winkeler, Deputy County Attorney
*Attorneys for County Defendants*

**WILLIAM P. RING**
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200