**MARK BRNOVICH**
**ATTORNEY GENERAL**
Drew C. Ensign (No. 25463)
Oramel H. (O.H.) Skinner (No. 32891)
Brunn (Beau) W. Roysden III (No. 28698)
Evan G. Daniels (No. 30624)
Keith J. Miller (No. 29885)
Aaron Duell (No. 33450)
  Assistant Attorneys General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-5200
Drew.Ensign@azag.gov

*Attorneys for Defendant Mark Brnovich*
*in his official capacity as Attorney General*
*and Proposed Intervenor-Defendant*
*State of Arizona*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mikkel Jordahl; Mikkel (Mik) Jordahl, P.C.,<br><br>  Plaintiffs,<br><br>vs.<br><br>Mark Brnovich, Arizona Attorney General; Jim Driscoll, Coconino County Sheriff; Matt Ryan, Coconino County Board of Supervisors Chair; Lena Fowler, Coconino County Board of Supervisors Vice Chair; Elizabeth Archuleta Coconino County Board of Supervisors Member; Art Babbott, Coconino County Board of Supervisors Member; Jim Parks, Coconino County Board of Supervisors Member; Sarah Benatar, Coconino County Treasurer, all in their official capacities,<br><br>  Defendants. | Case No: 3:17-cv-08263-PCT-DJH<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME (First Request)** |

**MOTION**

Defendant Mark Brnovich in his official capacity and Proposed-Intervenor State of Arizona (collectively, the "State") hereby move a 14-day extension of time to file a Reply to Response in support of the State's Motion to Dismiss (Doc. 28), from March 1 to March 15.  Plaintiff does not oppose this requested extension.[1]

Good cause supports this request.  Lead counsel for the State has recently become ill, which has hindered the State's ability to prepare its reply brief.  In addition, counsel for the State has extensive other commitments during the present nine-business-day reply period.  Between the State's three principal counsel, counsel for the State have three expert depositions, out-of-state travel for a multi-state investigation, a pending petition under A.R.S. § 41-194.01, preparation for a March 2 hearing on motions to dismiss in *State of Arizona ex rel. Mark Brnovich, Attorney General v. Arizona Board of Regents*, No. CV2017-012115 (Ariz. Sup. Ct.), and multi-day in-house training, as well as other professional obligations.  A short extension of time is warranted to permit the State to prepare its reply brief in a manner that will best facilitate this Court's resolution of the issues presented.

This motion is further supported by the importance of the issues presented.  Plaintiffs seek to invalidate—facially and statewide—a March 2016 statute enacted by bipartisan supermajorities of the Arizona legislature.  Considerations of both federalism and separation of powers militate in favor of a short extension, which would permit the State to defend adequately the constitutionality of enactments of Arizona's democratically elected representatives. Moreover, the importance of these issues has been underscored by the groundswell of *amicus curiae* support in support of the State.  *See* Docs. 30, 32, 33, 35, 37 and 41.

---

[1] This time has not previously been extended, although it was previously shortened by a single day.  *See* Docs. 16-17.  The County Defendants consent to this extension.

1  Respectfully submitted this 20th day of February, 2018.

                    MARK BRNOVICH
                    ATTORNEY GENERAL

                    By: s/ Drew C. Ensign
                    Drew C. Ensign (No. 25463)
                    Oramel H. (O.H.) Skinner (No. 32891)
                    Brunn (Beau) W. Roysden III (No. 28698)
                    Evan G. Daniels (No. 030624)
                    Keith J. Miller (No. 29885)
                    Aaron M. Duell (No. 033450)

*Attorneys for Defendant Mark Brnovich in his official capacity as Attorney General and Proposed Intervenor-Defendant State of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kathleen E. Brody
Darrell L. Hill
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
kbrody@acluaz.org
dhill@acluaz.org

Brian Hauss
Vera Eidelman
Ben Wizner
Speech, Privacy & Technology Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
bhauss@aclu.org
veidelman@aclu.org
bwizner@aclu.org
ACLU Foundation

Rose Winkeler (No. 025023)
110 E Cherry Avenue
Flagstaff, AZ 86001
Telephone: (928) 679-8200
rwinkeler@coconino.az.gov


  s/ Drew C. Ensign
*Attorney for Defendant Mark Brnovich in his official capacity as Attorney General*