# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikkel Jordahl, et al., | No. CV-17-08263-PCT-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Brnovich, et al., | |
| Defendants. | |

Pending before the Court are (1) the State of Arizona's Motion to Intervene (Doc. 24), to which no response has been filed; (2) six motions from various *amici curiae* seeking to file briefs in support of the defendants (Docs. 30, 32, 33, 35, 37, and 41); and (3) a Joint Motion Requesting a Hearing Date on Plaintiff's Motion for Preliminary Injunction and the State of Arizona's Motion to Dismiss (Doc. 47). In their request for a hearing date, the parties specifically request one hour of argument time and agree there is no need for the presentation of evidence. After review of these motions,

**IT IS HEREBY ORDERED granting** Defendant State of Arizona's unopposed Motion to Intervene (Doc. 24);

**IT IS FURTHER ORDERED denying** the Motions to File Amicus Curiae filed by the American Jewish Committee (Doc. 30), the States of Nevada and Texas (Doc. 32), the Zachor Legal Institute (Doc. 33), the Israel Emergency Alliance (Doc. 35), the Louis D. Brandeis Center Incorporated (Doc. 37), and the American Center for Law & Justice (Doc. 41). Defendants are represented by counsel and therefore any information the

*amici curiae* wish to offer can be submitted to counsel for presentation to the Court.

**IT IS FINALLY ORDERED granting** the parties' request for a hearing date on Plaintiff's Motion for Preliminary Injunction and Defendant State of Arizona's Motion to Dismiss (Doc. 47).  Accordingly, a Motion Hearing on Plaintiff's Motion for Preliminary Injunction (Doc. 6) and Defendant State of Arizona's Motion to Dismiss (Doc. 28) is hereby scheduled for May 23, 2018 at 2:00 p.m. in Courtroom 605 of the Sandra Day O'Connor United States Courthouse at 401 W. Washington Street in Phoenix, Arizona 85003.  These motions are fully briefed; each side will be permitted thirty (30) minutes to address the Court.  No evidence will be presented or taken at this hearing.

**Dated** this 28th day of March, 2018.

Honorable Diane J. Humetewa
United States District Judge