WILLIAM P. RING
Coconino County Attorney
Rose Winkeler
State Bar No. 025023
Mandi Vuinovich
State Bar No. 030851
Deputy County Attorney
110 E. Cherry Ave.
Flagstaff, Arizona 86001
(928) 679-8200
rwinkeler@coconino.az.gov
mvuinovich@coconino.az.gov
*Attorney for County Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mikkel Jordahl; Mikkel (Mik) Jordahl, P.C.,<br><br>   Plaintiffs,<br>v.<br><br>Mark Brnovich, Arizona Attorney General; Jim Driscoll, Coconino County Sheriff; Matt Ryan, Coconino County Jail District Board of Directors Member; Lena Fowler, Coconino County Jail District Board of Directors Member; Elizabeth Archuleta, Coconino County Jail District Board of Directors Member; Art Babbott, Coconino County Jail District Board of Directors Member; Jim Parks, Coconino County Jail District Board of Directors Member, all in their official capacities,<br><br>   Defendants. | Case No.: 3:17-cv-08263-PCT-DJH<br><br>**NOTICE OF WITHDRAWAL** |

Pursuant to Arizona Local Rule of Civil Procedure 83.3(b), the undersigned attorney, Mandi "MJ" Vuinovich, hereby enters a Notice of Withdrawal in the above-

1

captioned case. Attorney, Rose Winkeler, will remain counsel of record on behalf of Coconino County Defendants Jim Driscoll, Coconino County Sheriff; Matt Ryan, Coconino County Jail District Board of Directors Member; Lena Fowler, Coconino County Jail District Board of Directors Member; Elizabeth Archuleta, Coconino County Jail District Board of Directors Member; Art Babbott, Coconino County Jail District Board of Directors Member; and Jim Parks, Coconino County Jail District Board of Directors Member.

RESPECTFULLY SUBMITTED this 3rd day of April 2018.

    WILLIAM P. RING
    Coconino County Attorney

    /s/ Mandi "MJ" Vuinovich
    Rose Winkeler
    Mandi "MJ" Vuinovich
    Deputy County Attorneys

**WILLIAM P. RING**
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200

**WILLIAM P. RING**
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April 2018, I electronically transmitted the foregoing document, NOTICE OF WITHDRAWAL, to the Clerk's office using the CM/ECF System for filing and transmittal of the foregoing Notice of Withdrawal to the following CM/ECF registrants:

| | |
|---|---|
| Kathleen E. Brody<br>Darrell L. Hill<br>ACLU Foundation of Arizona<br>3707 N. 7th St., Ste. 235<br>Phoenix, AZ 85014<br>Telephone: (602) 650-1854<br>kbrody@acluaz.org<br>dhill@acluaz.org<br><br>Brian Hauss<br>Vera Eidelman<br>Ben Wizner<br>Speech, Privacy & Technology Project<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>Telephone: (212) 549-2500<br>bhauss@aclu.org<br>veidelman@aclu.org<br>bwizner@aclu.org<br>ACLU Foundation | Mark Brnovich<br>Arizona Attorney General<br>Drew C. Ensign<br>Oramel H. (O.H.) Skinner<br>Brunn (Beau) W. Roysden III<br>Evan G. Daniels<br>Assistant Attorneys General<br>2005 N. Central Ave.<br>Phoenix, AZ 85004<br>Telephone; (602) 542-5200<br>Drew.Ensign@azag.gov<br>O.H.Skinner@azag.gov<br>Beau.Roysden@azag.gov<br>Evan.Daniels@azag.gov |

/s/ Meredith Cook
An Employee of the Coconino County
Attorney's Office

3