Kathleen E. Brody, AZ Bar No. 026331
Darrell L. Hill, AZ Bar No. 030424
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
kbrody@acluaz.org
dhill@acluaz.org

Brian Hauss*
Vera Eidelman*
Ben Wizner*
ACLU Foundation, Speech, Privacy & Technology Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
bhauss@aclu.org
veidelman@aclu.org
bwizner@aclu.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mikkel Jordahl; Mikkel (Mik) Jordahl, P.C., <br><br> Plaintiffs, <br> v. <br><br> Mark Brnovich, Arizona Attorney General; Jim Driscoll, Coconino County Sheriff; Matt Ryan, Coconino County Jail District Board of Directors Member; Lena Fowler, Coconino County Jail District Board of Directors Member; Elizabeth Archuleta, Coconino County Jail District Board of Directors Member; Art Babbott, Coconino County Jail District Board of Directors Member; Jim Parks, Coconino County Jail District Board of Directors Member, all in their official capacities, <br><br> Defendants. | No.: 17-cv-08263-PCT-DJH <br><br> **NOTICE REGARDING CITATION OF LEGISLATIVE HISTORY** |

1

Plaintiffs respectfully provide notice to the Court that counsel for Plaintiffs misattributed, during oral argument on May 23, 2018, the following quote from HB 2617's legislative history: "There is no anticipated fiscal impact to the state General Fund associated with this legislation." Counsel wrongly stated that this quotation was found in a "fiscal note." Hearing Tr. at 16:6. Instead, the quote can be found in documents related to the bill's legislative history, including the "Arizona State Senate Final Amended Fact Sheet for H.B. 2617," a copy of which is attached as Exhibit A. Counsel for the Attorney General brought this misattribution to Plaintiffs' attention in email correspondence after Plaintiffs filed their Notice Regarding Misstatement of Law at Oral Argument (Doc. 58). A copy of this correspondence is attached as Exhibit B. Plaintiffs also note that the Senate Fact Sheet is incorrectly cited in their Motion for Preliminary Injunction as "Conf. Comm. Rep. Br. HB 2617, Ariz. 2016 Sess." Plaintiffs regret these misattributions.

Respectfully submitted this 15th day of June, 2018.

By: /s/ *Kathleen E. Brody*
Kathleen E. Brody
Darrell L. Hill
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014

Brian Hauss*
Vera Eidelman*
Ben Wizner*
ACLU Foundation, Speech, Privacy & Technology Project
125 Broad Street, 18th Floor
New York, NY 10004
*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties.

*/s/Kathleen E. Brody*
Kathleen E. Brody