1  **MARK BRNOVICH**
   **ATTORNEY GENERAL**
2  Drew C. Ensign (No. 25463)
   Oramel H. (O.H.) Skinner (No. 32891)
3  Brunn (Beau) W. Roysden III (No. 28698)
   Evan G. Daniels (No. 30624)
4  Aaron Duell (No. 33450)
5    Assistant Attorneys General
   2005 N. Central Avenue
6  Phoenix, Arizona 85004
   Telephone: (602) 542-5200
7  Drew.Ensign@azag.gov

8  *Attorneys for Defendant Mark Brnovich*
   *in his official capacity as Attorney General*
9  *and Intervenor-Defendant State of Arizona*

10             **UNITED STATES DISTRICT COURT**

11                  **DISTRICT OF ARIZONA**

12
   Mikkel Jordahl; Mikkel (Mik) Jordahl,
13 P.C.,
                                              Case No: 3:17-cv-08263-PCT-DJH
14              Plaintiffs,
                                              **STATE'S NOTICE OF**
15 vs.                                        **SUPPLEMENTAL AUTHORITY**
   Mark Brnovich, Arizona Attorney
16 General; Jim Driscoll, Coconino County
   Sheriff; Matt Ryan, Coconino County
17 Board of Supervisors Chair; Lena
18 Fowler, Coconino County Board of
   Supervisors Vice Chair; Elizabeth
19 Archuleta Coconino County Board of
20 Supervisors Member; Art Babbott,
   Coconino County Board of Supervisors
21 Member; Jim Parks, Coconino County
22 Board of Supervisors Member; Sarah
   Benatar, Coconino County Treasurer, all
23 in their official capacities,
24              Defendants,
25 and
26
   State of Arizona,
27              Intervenor-Defendant.
28

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Mark Brnovich and the State of Arizona (the "State") respectfully submit this notice of supplemental authority regarding two developments that have occurred since oral argument was held on May 23, 2018: (1) release of an updated Arizona Agency Handbook that provides guidance regarding A.R.S. § 35-393 *et seq.* (the "Act") and (2) voluntary dismissal pursuant to settlement of *Koontz v. Watson*, No. 17-4099-DDC-KGS, 2018 WL 617894 (D. Kan. Jan. 30, 2018), a case on which Plaintiffs have placed extensive reliance.

**Agency Handbook.** Under Arizona law, the Attorney General is required to "[c]ompile, publish and distribute to all state agencies, departments, boards, commissions and councils" an "Arizona agency handbook" "at least every ten years." A.R.S. § 41-192(A)(8). The Agency Handbook "sets forth and explains the major state laws that govern state agencies, including information on the laws relating [*inter alia*] to … contracting with the government … [and] discrimination[.]" *Id.* The Attorney General recently released the 2018 Edition of the Agency Handbook, which updates and replaces the prior 2014 Edition. The 2018 Edition includes many changes from the 2014 Edition. Pertinent here, the 2018 Edition adds a section (5.4.18) specifically addressing implementation and interpretation of the Act, which is attached as Exhibit A. The Agency Handbook provides interpretive guidance that closely tracks the interpretation of the Act offered by the State previously in this litigation. *See* Doc. 28 at 8-14, Doc. 46 at 2-3. In particular, it offers guidance concerning what "company," "affiliate," and "boycott of Israel" mean for purposes of determining whether the Act applies. *See* Ex. A.

The Agency Handbook's guidance presents the formal legal opinion of the Attorney General, upon which agencies and political subdivisions may fairly rely absent adverse court precedent. *Cf. Marsto's Inc. v. Roman Catholic Church of Phoenix*, 132 Ariz. 90, 94 (1982) ("We believe that [plaintiff] had the right to rely on the opinion of the Attorney General until the court spoke."); *City of Prescott v. Town of Chino Valley*, 166 Ariz. 480, 483 n.2 (1990) (treating Agency Handbook as legally equivalent to a formal

Attorney General opinion). In addition, "the reasoned opinion of a state attorney general should be accorded respectful consideration." *Ruiz v. Hull*, 191 Ariz. 441, 449 ¶ 28 (1998).

***Koontz* Dismissal.** Plaintiffs have placed enormous reliance on the District of Kansas's issuance of a preliminary injunction in *Koontz*, citing it more than twenty times in their Reply brief. *See* Doc. 39 at 1, 4, 5, 7, 9, 16, 17, 20, 21, 22 n.8, 23 n.9, 27. *Koontz* has now been "dismissed with prejudice" and the "the Preliminary Injunction entered against defendant … dissolved" pursuant to a settlement. *See Koontz* Doc. 33 at 1 (June 29, 2018) (attached hereto as Exhibit B).[1]

Respectfully submitted this 12th day of September, 2018.

                              MARK BRNOVICH
                              ATTORNEY GENERAL

                              By:  <u>s/ Drew C. Ensign</u>
                              Drew C. Ensign (No. 25463)
                              Oramel H. (O.H.) Skinner (No. 32891)
                              Brunn (Beau) W. Roysden III (No. 28698)
                              Evan G. Daniels (No. 030624)
                              Aaron M. Duell (No. 033450)

                              *Attorneys for Defendant Mark Brnovich in his official capacity as Attorney General and Intervenor-Defendant State of Arizona*

---

[1] Moreover, Kansas's law was amended to, *inter alia*, apply only to companies, rather than individuals (thus following the approach of Arizona's present law, which similarly is limited to companies). *See* Smith, Sherman, *Judge dismisses lawsuit over Israel boycott ban, orders state of Kansas to pay legal fees*, 2018 WLNR 20009321 (June 30, 2018) (attached hereto as Exhibit C).

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kathleen E. Brody
Darrell L. Hill
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
kbrody@acluaz.org
dhill@acluaz.org

Brian Hauss
Vera Eidelman
Ben Wizner
Speech, Privacy & Technology Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
bhauss@aclu.org
veidelman@aclu.org
bwizner@aclu.org
ACLU Foundation

 s/ Drew C. Ensign
*Attorneys for Defendant Mark Brnovich in his official capacity as Attorney General and Intervenor-Defendant State of Arizona*