# Exhibit A

# CHAPTER 5

# PROCUREMENT

Table of Contents

Section 5.1 Scope of this Chapter

Section 5.2 General Provisions and Applicability of the Procurement Code

    5.2.1 Scope of the Procurement Code

    5.2.2 Department of Administration's Responsibility for Procurement and Disposal

    5.2.2.1 State Procurement Administrator

    5.2.2.2 Delegation of Department of Administration's Authority to State Governmental Units

    5.2.2.3 Agency Chief Procurement Officer

    5.2.3 State Governmental Unit's Responsibility for the Procurement of Services of Clergy, Certified Public Accountants, Lawyers, Physicians, and Dentists

    5.2.3.1 State Governmental Unit's Procurement of Legal Services

    5.2.3.2 State Governmental Unit's Procurement of Services of Certified Public Accountants

    5.2.3.3 State Governmental Unit's Procurement of Information Technology Purchases

    5.2.4 Procurement by State Governmental Units Exempted from the Procurement Code and Separately Authorized to Purchase

    5.2.5 Specific Procurements Exempted from the Procurement Code

Section 5.3 Procurement Code Procedures

    5.3.1 Source Selection Method; Materials and Services Under Existing Arizona State Contracts

5.3.2       Procurements Not Exceeding $100,000 in the Aggregate; Small Business Set Aside

5.3.2.1     Simplified Construction Procurement Program

5.3.2.2     Purchases of $10,000 and Less

5.3.3       Sole Source Procurement

5.3.4       Emergency Procurement

5.3.5       Competition Impracticable Procurements

5.3.6       Unsolicited Proposals

5.3.7       Demonstration Projects

5.3.8       General Procurement of Materials and Services

5.3.8.1     Competitive Sealed Bidding

5.3.8.1.1   Contents of the Invitation for Bids (IFB)

5.3.8.1.2   Conflict of Interest

5.3.8.1.3   Bid Evaluation and Award

5.3.8.1.4   Multistep Sealed Bidding

5.3.8.2.    Competitive Sealed Proposals

5.3.8.2.1.  Discussions

5.3.8.2.2.  Contract Award

5.3.9       Procurement of Professional Services of Clergy, Physicians, Dentists, Legal Counsel, and Certified Public Accountants

5.3.10      Procurement of Professional Services of or for Architects, Construction-Managers-at-Risk, Design-Build Construction, Job-Order-Contracting Construction, Engineers, Assayers, Geologists, Landscape Architects, and Land Surveyors

5.3.10.1    Request for Qualifications

5.3.10.2    Evaluation and Negotiation

| | 5.3.10.3 | Alternative to A.R.S. § 41-2578(E) for Certain Construction Projects |
|---|---|---|
| | 5.3.11 | Procurement of Information Systems and Telecommunication Systems |
| | 5.3.12 | Procurement of Earth-Moving, Material Handling, Road Maintenance and Construction Equipment |
| | 5.3.13 | Public-Private Partnership Contracts |
| Section | 5.4 | General Procurement Requirements |
| | 5.4.1 | Responsible Bidder |
| | 5.4.2 | Prequalification of Contractors |
| | 5.4.3 | Requests for Information |
| | 5.4.4 | Conformity of Invitation for Bids (IFB) or Request for Proposals (RFP) to Specifications |
| | 5.4.5 | Bid and Contract Security |
| | 5.4.5.1 | Construction and Construction Services Contracts |
| | 5.4.6 | Cost or Pricing Data |
| | 5.4.7 | Written Contracts |
| | 5.4.8 | Indemnity Agreements in Construction and Architect-Engineer Contracts |
| | 5.4.9 | Modification, Correction, and Withdrawal of Bids or Offers |
| | 5.4.10 | Solicitation Amendments |
| | 5.4.11 | Cancellation of Solicitation |
| | 5.4.12 | Multi-term Contracts |
| | 5.4.13 | Right to Inspect Plant and Audit Records |
| | 5.4.14 | Conflict of Interest |
| | 5.4.15 | Personal Use Prohibition |

| | 5.4.16 | Prohibition Against Discrimination |
|---|---|---|
| | 5.4.17 | On-line Bidding |
| | 5.4.18 | No-Boycott-of-Israel Certification. |
| Section | 5.5 | Materials Management |
| | 5.5.1 | Disposition of Surplus Materials |
| Section | 5.6 | Legal and Contractual Remedies |
| | 5.6.1 | Exclusive Remedy |
| | 5.6.2 | Protested Solicitations and Awards |
| | 5.6.2.1 | Procurement Officer |
| | 5.6.2.2 | Appeals to the Director |
| | 5.6.3 | Contract Claims and Controversies Between a Contractor and the State |
| | 5.6.3.1 | Claims Initiated by the Contractor |
| | 5.6.3.2 | Claims Initiated by the State |
| | 5.6.4 | Debarring or Suspending a Person from Participating in State Procurements |
| | 5.6.5 | Hearings Under the Procurement Rules |
| | 5.6.6 | Rehearing |
| | 5.6.7 | Judicial Review of Administrative Decisions |
| Section | 5.7 | Intergovernmental Procurement |
| | 5.7.1 | Cooperative Purchasing |
| | 5.7.1.1 | Compliance with Procurement Code |
| | 5.7.1.2 | Controversies |

|  |  |  |
|---|---|---|
|  | 5.7.2 | Purchasing from the Arizona Industries for the Blind and from Arizona Correctional Industries |
|  | 5.7.3 | General Services Administration Contracts |
| Section | 5.8 | Violation of the Procurement Code |
|  | 5.8.1 | Enforcement of the Procurement Code |
|  | 5.8.2 | Civil Penalty |
|  | 5.8.3. | Criminal Penalty |
|  | 5.8.4 | Reporting of Anticompetitive Practices |
| Section | 5.9 | Procurement and the Antitrust Laws |
|  | 5.9.1 | The Procurement Officer's Function |
|  | 5.9.2 | Objectives of the Antitrust Laws |
|  | 5.9.3 | Federal Antitrust Laws |
|  | 5.9.3.1 | The Sherman Antitrust Act |
|  | 5.9.3.2 | The Clayton Antitrust Act |
|  | 5.9.3.3 | The Federal Trade Commission Act |
|  | 5.9.4 | State Antitrust Laws |
|  | 5.9.4.1 | Uniform State Antitrust Act |
|  | 5.9.4.2 | Bid-Rigging Statutes |
|  | 5.9.5 | Conduct Illegal Under the Antitrust Laws |
|  | 5.9.5.1 | Price Fixing |
|  | 5.9.5.2 | Bid Rigging |
|  | 5.9.5.3 | Division of Markets - Territorial Market Allocation |
|  | 5.9.5.4 | Tying Arrangements |
|  | 5.9.5.5 | Group Boycotts - Horizontal Refusals to Deal |

| | | |
|---|---|---|
| | 5.9.5.6 | Monopolization |
| | 5.9.5.7 | Other Unlawful Acts |
| | 5.9.6 | Exemptions |
| | 5.9.6.1 | State Action Exceptions and Immunities |
| | 5.9.7 | Enforcement of Antitrust Laws |
| | 5.9.8 | Detecting Antitrust Violations in Bidding |
| | 5.9.8.1 | Identical Bids |
| | 5.9.8.2 | Simultaneous Price Increases and Price Maintenance |
| | 5.9.8.3 | Bid Rotation |
| | 5.9.8.4 | Customer Allocation |
| | 5.9.8.5 | Territorial Allocation |
| | 5.9.8.6 | Other Suspicious Bidding Practices |
| | 5.9.9 | Application of the Antitrust Laws to State Employees Engaged in Purchasing |
| | 5.9.10 | Antitrust Attorney's Fees |
| Appendix 5.1 | | Exemptions from Procurement Code |

the contractor at any time while the contract or any extension of the contract is in effect. A.R.S. § 38-511.

Any state officer or employee who has a significant role (as defined in A.R.S. § 41-741(14)) in the procurement of materials, services or construction is prohibited from accepting employment or having discussions concerning employment or other direct benefit with any person or entity lobbying for or potentially responding or responding to a solicitation. This prohibition applies from the time the first non-disclosure agreement is signed for that solicitation until one year after the delivery of goods or services or the beginning of construction. A.R.S. § 41-753(D); *see also* A.R.S. § 41-2517. Violation of the statute is a class 2 misdemeanor and may be cause for suspension or dismissal and becoming ineligible for employment with the state for five years. A.R.S. § 41-753(E), (G)-(H).

**5.4.15 Personal Use Prohibition.** "State employees and public officers shall not purchase materials or services for their own personal or business use from contracts entered into by the state unless authorized in writing by the Director [of DOA]." A.A.C. R2-7-204.

**5.4.16 Prohibition Against Discrimination.** Contractors must agree to comply with Chapter 9, Title 41, Arizona Revised Statutes (Civil Rights) and Executive Order No. 2009-9 (amending Executive Order No. 75-5 and 99-4; current version at Historical and Statutory Notes, A.R.S. § 41-1463).

**5.4.17 On-line Bidding.** If an agency chief procurement officer determines that on-line bidding is more advantageous than other procurement methods, the procurement officer may use on-line bidding to obtain bids electronically. A.R.S. § 41-2672.

**5.4.18 No-Boycott-of-Israel Certification.** "A public entity may not enter into a contract with a company to acquire or dispose of services, supplies, information technology or construction unless the contract includes a written certification that the company is not currently engaged in, and agrees for the duration of the contract to not engage in, a boycott of Israel." A.R.S. § 35-393.01(A). In implementing the above, public entities should follow the statute's scope and defined terms.

First, the statute covers actions by a "company." Company is defined as the business types listed in A.R.S. § 35-393(2), and does not apply to natural persons in their non-business capacities. A public entity may contract with a business so long as the business is not engaged in a "boycott of Israel," even if a natural person who owns the company is engaged in a boycott in their personal (i.e., non-business) capacity. Similarly, the definition of company includes an "affiliate," but companies are not affiliates in this context merely because they share natural-person owner(s) if the companies are operated separately.

Second, the statute relates to a "boycott of Israel." "Boycott," as defined in A.R.S. § 35-393(1), refers solely to conduct and does not include any speech related to

boycotts. Moreover, "boycott of Israel," as used in A.R.S. § 35-393.01(A), means a boycott that is directed at "Israel or with persons or entities doing business in Israel or in territories controlled by Israel." A.R.S. § 35-393(1). A boycott is not a "boycott of Israel" if it targets multiple countries and does not principally target Israel or those doing business with them. Finally, to qualify as a "boycott" under § 35-393(1)(a), the actions must be "[i]n compliance with or adherence to calls for a boycott of Israel other than those boycotts to which [50 U.S.C. § 4607(c)] applies." A boycott that is self-generated or differs substantially in its scope from the calls for a boycott would not be covered.

**5.5 Materials Management.** DOA is charged with managing all state materials during their entire life cycle, including disposing of excess and surplus materials. A.R.S. §§ 41-2602 to -2606; A.A.C. R2-15-301 and -303 to -310.

**5.5.1 Disposition of Surplus Materials.** No using agency, except the Department of Public Safety, the Arizona Exposition and State Fair Board, and the Arizona Correctional Industries may transfer, sell, trade-in, condemn, or otherwise dispose of materials owned by the State without written authorization of the Surplus Property Administrator at DOA. A.R.S. §§ 3-1007(A)(1), 41-1623(E), 41-1624(B), 41-1713(B)(6); A.A.C. R2-15-303(B). Using agencies must notify the Surplus Property Administrator of all excess and surplus materials in the manner prescribed by the Surplus Property Administrator. A.A.C. R2-15-303(C). The Surplus Property Administrator shall then dispose of the excess and surplus materials through competitive bidding or one of the other methods identified in A.A.C. R2-15-303(E).

**5.6 Legal and Contractual Remedies.**

**5.6.1 Exclusive Remedy.** Any solicitation or contract claim or controversy made by any bidder, offeror, or contractor may be asserted against the State or an agency of the State only under the procedures set forth in Article 9 of the Arizona Procurement Code and the rules promulgated thereunder. A.R.S. § 41-2615; *see* A.A.C. R2-7-A901 to -A912, -B901 to -B905, -C901 to -C911, -D901 to -D902. Under no circumstances may a state governmental unit settle a claim or make a payment to a bidder, offeror, or contractor making a claim or protest without complying with the applicable rules and procedures. The statutes authorizing actions against the State (A.R.S. §§ 12-820 to -826) and the Uniform Arbitration Act (A.R.S. §§ 12-1501 to -1518) do not apply to a claim against the State relating to a procurement governed by the Procurement Code. *Id.* A claim or controversy arising from a procurement not governed by the Procurement Code is addressed in Section 13.6.5.

**5.6.2 Protested Solicitations and Awards.**

**5.6.2.1 Procurement Officer.** The procedure for resolving protested solicitations and awards is authorized by A.R.S. §§ 41-2611 through 41-2617 and found in A.A.C. R2-7-A901 to -A912. A protest is commenced when an "interested party," *i.e.*, an offeror or prospective offeror whose economic interest is affected (*see*