**MARK BRNOVICH**
**ATTORNEY GENERAL**
Drew C. Ensign (No. 25463)
Oramel H. (O.H.) Skinner (No. 32891)
Brunn (Beau) W. Roysden III (No. 28698)
Evan G. Daniels (No. 30624)
Aaron Duell (No. 33450)
  Assistant Attorneys General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-5200
O.H.Skinner@azag.gov

*Attorneys for Defendant Mark Brnovich*
*in his official capacity as Attorney General*
*and Intervenor-Defendant State of Arizona*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mikkel Jordahl; Mikkel (Mik) Jordahl, P.C., <br><br> Plaintiffs, <br><br> vs. <br><br> Mark Brnovich, Arizona Attorney General; Jim Driscoll, Coconino County Sheriff; Matt Ryan, Coconino County Board of Supervisors Chair; Lena Fowler, Coconino County Board of Supervisors Vice Chair; Elizabeth Archuleta Coconino County Board of Supervisors Member; Art Babbott, Coconino County Board of Supervisors Member; Jim Parks, Coconino County Board of Supervisors Member; Sarah Benatar, Coconino County Treasurer, all in their official capacities, <br><br> Defendants, <br><br> and <br><br> State of Arizona, <br><br> Intervenor-Defendant. | Case No: 3:17-cv-08263-PCT-DJH <br><br> **STATE'S EMERGENCY REQUEST FOR A 15-MINUTE TELEPHONIC HEARING FOR PURPOSES OF MAKING AN ORAL MOTION TO STAY THE COURT'S SEPTEMBER 27, 2018 ORDER PENDING APPEAL** |

1       Mark Brnovich, Arizona Attorney General, and the State of Arizona (hereinafter, the "State") hereby make an emergency request for a fifteen-minute telephonic hearing at the Court's earliest convenience for purposes of the State making an oral motion for a stay pending appeal of the preliminary injunction entered by this Court on September 27, 2018 ("Preliminary Injunction"), which enjoined enforcement of A.R.S. § 35-393.01(A).

      Given that the Preliminary Injunction relates to a question of first impression in the Ninth Circuit, covers all contracts with the State, and thus is already affecting the myriad state RFPs that are pending and will be issued shortly, the State respectfully submits that a short telephonic hearing is warranted to allow the State to make (and obtain a ruling on) an immediate oral request for a stay pending appeal.

      Counsel for Plaintiffs and the State are available for a brief, fifteen-minute telephonic hearing at the following times:

- Today, September 28, from 1:30 to 2:30 p.m.;
- Monday, October 1, from 11:00 a.m. to 12:00 p.m. and also from 4:00 to 5:00 p.m.;
- During the morning of Tuesday, October 2.

Respectfully submitted this 28th day of September, 2018.

      MARK BRNOVICH
      ATTORNEY GENERAL

By: */s/ Oramel H. Skinner*
Drew C. Ensign (No. 25463)
Oramel H. (O.H.) Skinner (No. 32891)
Brunn (Beau) W. Roysden III (No. 28698)
Evan G. Daniels (No. 030624)
Aaron M. Duell (No. 033450)

*Attorneys for Defendant Mark Brnovich in his official capacity as Attorney General and Intervenor-Defendant State of Arizona*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

*/s/ Oramel H. Skinner*
Oramel H. (O.H.) Skinner