# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikkel Jordahl, et al., | No. CV-17-08263-PCT-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Brnovich, et al., | |
| Defendants. | |

Pending before the Court is a filing entitled "State's Emergency Request for a 15-Minute Telephonic Hearing for Purposes of Making an Oral Motion to Stay the Court's September 27, 2018 Order Pending Appeal." (Doc. 64). Therein, the Attorney General and the State of Arizona ("Moving Defendants") argue an immediate telephonic hearing with the Court is necessary so that they can make an "oral request for a stay pending appeal" of the Court's September 27, 2018 Order, which enjoined the State from enforcing A.R.S. § 35-393.01(A). (*Id*.)   They argue that that an emergency telephonic hearing for purposes of making an oral motion to stay the Preliminary Injunction is warranted because the "Preliminary Injunction relates to a question of first impression in the Ninth Circuit, covers all contracts with the State, and thus is already affecting the myriad state RFPs that are pending and will be issued shortly." (*Id*.) Moving Defendants offer no details regarding the adverse effects the Court's Order is having on these pending RFPs, however.  Moreover, they have provided no legal authority that justifies the need for an expedited decision on this matter.

On the brief rationale provided, the Court finds that Moving Defendants have not established cause for an emergency hearing for purposes of making an oral request for a stay pending appeal.  To the extent the Moving Defendants seek such relief, they may file a written motion to stay with the Court.

Accordingly,

**IT IS ORDERED denying** the "State's Emergency Request for a 15-Minute Telephonic Hearing for Purposes of Making an Oral Motion to Stay the Court's September 27, 2018 Order Pending Appeal." (Doc. 64).

Dated this 1st day of October, 2018.

Honorable Diane J. Humetewa
United States District Judge