**MARK BRNOVICH**
**ATTORNEY GENERAL**
Drew C. Ensign (No. 25463)
Oramel H. (O.H.) Skinner (No. 32891)
Brunn (Beau) W. Roysden III (No. 28698)
Evan G. Daniels (No. 30624)
Aaron Duell (No. 33450)
  Assistant Attorneys General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-5200
Drew.Ensign@azag.gov

*Attorneys for Defendant Mark Brnovich*
*in his official capacity as Attorney General*
*and Intervenor-Defendant State of Arizona*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mikkel Jordahl; Mikkel (Mik) Jordahl, P.C., <br><br> Plaintiffs, <br><br> vs. <br><br> Mark Brnovich, Arizona Attorney General; Jim Driscoll, Coconino County Sheriff; Matt Ryan, Coconino County Board of Supervisors Chair; Lena Fowler, Coconino County Board of Supervisors Vice Chair; Elizabeth Archuleta Coconino County Board of Supervisors Member; Art Babbott, Coconino County Board of Supervisors Member; Jim Parks, Coconino County Board of Supervisors Member; Sarah Benatar, Coconino County Treasurer, all in their official capacities, <br><br> Defendants, <br><br> and <br><br> State of Arizona, <br><br> Intervenor-Defendant. | Case No: 3:17-cv-08263-PCT-DJH <br><br> **STATE'S NOTICE OF STAY REQUEST** |

**NOTICE**

Defendants Mark Brnovich, Arizona Attorney General and the State of Arizona hereby provide notice that they have sought an emergency stay pending appeal from the Ninth Circuit. *See Jordahl v. Brnovich*, No. 18-16898 (Doc. 8) (filed Oct. 12, 2018).

Respectfully submitted this 12th day of October, 2018.

                                        MARK BRNOVICH
                                      ATTORNEY GENERAL

                                      By: <u>s/ Drew C. Ensign</u>
                                      Drew C. Ensign (No. 25463)
                                      Oramel H. (O.H.) Skinner (No. 32891)
                                      Brunn (Beau) W. Roysden III (No. 28698)
                                      Evan G. Daniels (No. 030624)
                                      Aaron M. Duell (No. 033450)

*Attorneys for Defendant Mark Brnovich in his official capacity as Attorney General and Intervenor-Defendant State of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kathleen E. Brody
Darrell L. Hill
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
kbrody@acluaz.org
dhill@acluaz.org

Brian Hauss
Vera Eidelman
Ben Wizner
Speech, Privacy & Technology Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
bhauss@aclu.org
veidelman@aclu.org
bwizner@aclu.org
ACLU Foundation

Rose M. Winkeler
110 E. Cherry Ave.
Flagstaff, AZ 86001
Telephone:   (928) 679-8200
rwinkeler@coconino.az.gov


  s/ Drew C. Ensign
*Attorneys for Defendant Mark Brnovich in his official capacity as Attorney General and Intervenor-Defendant State of Arizona*