Kathleen E. Brody, AZ Bar No. 026331
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
kbrody@acluaz.org

Brian Hauss*
Vera Eidelman*
Ben Wizner*
ACLU Foundation, Speech, Privacy & Technology Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
bhauss@aclu.org
veidelman@aclu.org
bwizner@aclu.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikkel Jordahl; Mikkel (Mik) Jordahl, P.C., <br><br> Plaintiffs, <br> v. <br><br> Mark Brnovich, Arizona Attorney General; Jim Driscoll, Coconino County Sheriff; Matt Ryan, Coconino County Jail District Board of Directors Member; Lena Fowler, Coconino County Jail District Board of Directors Member; Elizabeth Archuleta, Coconino County Jail District Board of Directors Member; Art Babbott, Coconino County Jail District Board of Directors Member; Jim Parks, Coconino County Jail District Board of Directors Member, all in their official capacities, <br><br> Defendants. | No.: 17-cv-08263-PCT-DJH <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to LRCiv. Local Rule 83.3(b), the ACLU Foundation of Arizona provides notice that Darrell L. Hill will no longer be counsel for the Plaintiffs in this case. Plaintiffs will continue to be represented by co-counsel of record for the Plaintiffs.

Dated this 16th day of January, 2019.

By: /s/ *Kathleen E. Brody*
Kathleen E. Brody
ACLU Foundation of Arizona

Brian Hauss*
Vera Eidelman*
Ben Wizner*
ACLU Foundation, Speech, Privacy & Technology Project
*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties.

<em>/s/Kathleen E. Brody</em><br>Kathleen E. Brody