1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikkel Jordahl, et al., | No. CV-17-08263-PCT-DJH |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Mark Brnovich, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order filed January 28, 2020, judgment of dismissal is entered and this action is hereby terminated.

Debra D. Lucas

District Court Executive/Clerk of Court

January 28, 2020

s/ L. Figueroa

By:   Deputy Clerk