| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JAN 31 2020 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MIKKEL JORDAHL; MIKKEL (MIK) JORDAHL, PC,

        Plaintiffs-Appellees,

 v.

MARK BRNOVICH, Attorney General, in his official capacity as Arizona Attorney General,

        Defendant-Appellant,

STATE OF ARIZONA,

    Intervenor-Defendant-Appellant,

 and

JIM DRISCOLL, in his official capacity as Coconino County Sheriff; et al.,

        Defendants.

No.   18-16896

D.C. No. 3:17-cv-08263-DJH
District of Arizona,
Prescott

ORDER

Before: RAWLINSON, BEA, and NGUYEN, Circuit Judges.

Appellees' unopposed motion to transfer consideration of attorneys' fees on appeal to the district court is GRANTED.