IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikkel Jordahl; Mikkel (Mik) Jordahl, P.C.,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Mark Brnovich, Arizona Attorney General; Jim Driscoll, Coconino County Sheriff; Matt Ryan, Coconino County Jail District Board of Directors Member; Lena Fowler, Coconino County Jail District Board of Directors Member; Elizabeth Archuleta, Coconino County Jail District Board of Directors Member; Art Babbott, Coconino County Jail District Board of Directors Member; Jim Parks, Coconino County Jail District Board of Directors Member, all in their official capacities,<br><br>　　　　　Defendants. | No. CV17-08263<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO FILE PLAINTIFFS' PETITION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES** |

**STIPULATION**

The parties file this Joint Stipulation and Proposed Order to extend time to file Plaintiffs' Petition for Attorneys' Fees, Costs, and Expenses.

WHEREAS, on January 23, 2020, this Court entered an Order (Dkt. No. 83) granting Plaintiffs' unopposed motion to set the fee petition deadline for 14 days after final judgment on Plaintiffs' claims for declaratory and injunctive relief;

WHEREAS, on January 28, 2020, this Court entered final judgment on Plaintiffs' claims for declaratory and injunctive relief (Dkt. No. 87);

WHEREAS, Plaintiffs' fee petition is currently due on February 11, 2020;

WHEREAS, on January 31, 2020, the Ninth Circuit granted Plaintiffs' unopposed motion to transfer consideration of attorneys' fees on appeal to this Court (Dkt. No. 88);

WHEREAS, the parties seek to negotiate in good faith and desire additional time to resolve Plaintiffs' claims without further litigation;

1

WHEREAS, in furtherance of the intent of the parties to negotiate in good faith to resolve Plaintiffs' claims for fees and costs without further litigation, no party will contest the timeliness of Plaintiffs' fee petition, subject to the deadlines agreed to below:

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE:

Plaintiffs' deadline to file their Petition for Attorneys' Fees, Costs, and Expenses is extended by twenty-one (21) days, until no later than March 3, 2020.

Dated: February 5, 2020

/s/ *Brian Hauss*
Brian Hauss (*pro hac vice*)
Vera Eidelman (*pro hac vice*)
Ben Wizner (*pro hac vice*)
ACLU Foundation
Speech, Privacy & Technology Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
bhauss@aclu.org
veidelman@aclu.org
bwizner@aclu.org

Casey Arellano (Bar No. 031242)
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
carellano@acluaz.org
*Attorneys for Plaintiffs*

Mark Brnovich
Attorney General

/s/ *Brunn W. Roysden (with permission)*
Drew C. Ensign (No. 25463)
Oramel H. (O.H.) Skinner (No. 32891)
Brunn (Beau) W. Roysden III (No. 28698)
*Attorney for Defendant Mark Brnovich*

2