Casey Arellano (No. 031242)
ACLU Foundation of Arizona
P.O. Box 17148
Phoenix, AZ 85011
Telephone: (602) 650-1854
carellano@acluaz.org

Brian Hauss (*pro hac vice*)
Vera Eidelman (*pro hac vice*)
Ben Wizner (*pro hac vice*)
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
bhauss@aclu.org

*Attorneys for Plaintiffs*

Mark Brnovich
Attorney General
Drew C. Ensign (No. 25463)
Oramel H. (O.H.) Skinner (No. 32891)
Brunn (Beau) W. Roysden III (No. 28698)
2005 N. Central Avenue
Phoenix, Arizon 85004
Telephone: (602) 542-5200
Drew.Engisn@azag.gov

*Attorneys for Defendant Mark Brnovich and Intervenor-Defendant State of Arizona*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mikkel Jordahl; Mikkel (Mik) Jordahl, P.C., ) | No. CV17-08263 |
| ) | |
| Plaintiffs, ) | **SECOND JOINT STIPULATION** |
| v. ) | **TO EXTEND DEADLINE TO FILE** |
| ) | **PLAINTIFFS' PETITION FOR** |
| Mark Brnovich, et al., ) | **ATTORNEYS' FEES, COSTS,** |
| ) | **AND EXPENSES** |
| Defendants. ) | |

**STIPULATION**

The parties file this Second Joint Stipulation and Proposed Order to extend time to file Plaintiffs' Petition for Attorneys' Fees, Costs, and Expenses.

WHEREAS, on January 23, 2020, this Court entered an Order (Doc. 83) granting Plaintiffs' unopposed motion to set the fee petition deadline for 14 days after final judgment on Plaintiffs' claims for declaratory and injunctive relief;

WHEREAS, on January 28, 2020, this Court entered final judgment on Plaintiffs' claims for declaratory and injunctive relief (Doc. 87);

WHEREAS, on February 5, 2020, the parties filed a Joint Stipulation to Extend the Deadline to File Plaintiffs' Petition for Attorneys' Fees, Costs, and Expenses (Doc. 93), seeking additional time to engage in good faith negotiations regarding Plaintiffs' request for attorneys' fees;

WHEREAS, on February 6, 2020, this Court entered an Order (Doc. 95) extending the fee petition deadline to March 3, 2020;

WHEREAS, the parties continue to negotiate in good faith and hope to resolve Plaintiffs' claims without further litigation;

WHEREAS, Defendants must go through a multi-layer review process before authorizing any potential settlement agreement;

WHEREAS, in furtherance of the intent of the parties to negotiate in good faith to resolve Plaintiffs' claims for fees and costs without further litigation, no party will contest the timeliness of Plaintiffs' fee petition, subject to the deadlines agreed to below:

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE:

Plaintiffs' deadline to file their Petition for Attorneys' Fees, Costs, and Expenses is extended by thirty (30) days, until no later than April 2, 2020.

Dated: February 26, 2020

/s/ *Brian Hauss*
Brian Hauss (*pro hac vice*)
Vera Eidelman (*pro hac vice*)
Ben Wizner (*pro hac vice*)
ACLU Foundation
Speech, Privacy & Technology Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
bhauss@aclu.org
veidelman@aclu.org
bwizner@aclu.org

Casey Arellano (No. 031242)
ACLU Foundation of Arizona
P.O. Box 17148
Phoenix, AZ 85011
Telephone: (602) 650-1854
carellano@acluaz.org

*Attorneys for Plaintiffs*

Mark Brnovich
Attorney General

/s/ *Drew C. Ensign (with permission)*
Drew C. Ensign (No. 25463)
Oramel H. (O.H.) Skinner (No. 32891)
Brunn (Beau) W. Roysden III (No. 28698)
2005 N. Central Avenue
Phoenix, Arizon 85004
Telephone: (602) 542-5200
Drew.Engisn@azag.gov

*Attorneys for Defendant Mark Brnovich and Intervenor-Defendant State of Arizona*

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2020, the foregoing Second Joint Stipulation to Extend Deadline to File Plaintiffs' Petition for Attorneys' Fees, Costs, and Expenses, together with attached documents, was electronically transmitted to the Clerk's Office using the CM/ECF system for filing and distribution to counsel for all parties.

DATED this 26th day of February, 2020

                                            */s/ Brian Hauss*
                                            Brian Hauss