# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikkel Jordahl, et al., | No. CV-17-08263-PCT-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Brnovich, et al., | |
| Defendants. | |

This matter is before the Court on a Joint Stipulation regarding Plaintiffs' Petition for Attorneys' Fees, Costs, and Expenses (Doc. 98). Pursuant to the stipulation of the parties,

**IT IS ORDERED approving** the Stipulation (Doc. 98). If the Court determines that an award of fees and costs should issue under 42 U.S.C. § 1988, the amount of fees and costs shall be $125,000 and $1,700, respectively.[1] The parties shall brief the remaining issue of whether this Court can and/or should issue an award of costs and fees under 42 U.S.C. § 1988. Accordingly,

///
///
///
///
///

---

[1] Plaintiffs state that they are reserving the right to seek additional fees-on-fees for time spent litigating whether they are entitled to attorneys' fees.

- Plaintiffs shall have until May 15, 2020 to file their Petition for Attorneys' Fees, Costs, and Expenses.
- Defendants shall have until June 19, 2020 to file their response to Plaintiffs' Petition.
- Plaintiffs shall have until July 10, 2020 to file a reply in support of their Petition.

Dated this 30th day of March, 2020.

_____
Honorable Diane J. Humetewa
United States District Judge