Casey Arellano (No. 031242)
ACLU Foundation of Arizona
P.O. Box 17148
Phoenix, AZ 85011
Telephone: (602) 650-1854
carellano@acluaz.org

Brian Hauss (*pro hac vice*)
Vera Eidelman (*pro hac vice*)
Ben Wizner (*pro hac vice*)
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
bhauss@aclu.org

*Attorneys for Plaintiffs*

Mark Brnovich
Attorney General
Drew C. Ensign (No. 25463)
Oramel H. (O.H.) Skinner (No. 32891)
Brunn (Beau) W. Roysden III (No. 28698)
2005 N. Central Avenue
Phoenix, Arizon 85004
Telephone: (602) 542-5200
Drew.Engisn@azag.gov

*Attorneys for Defendant Mark Brnovich and Intervenor-Defendant State of Arizona*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Mikkel Jordahl; Mikkel (Mik) Jordahl, P.C., | ) | No. CV17-08263 |
| | ) | |
| Plaintiffs, | ) | **JOINT STIPULATION OF** |
| v. | ) | **SETTLEMENT OF** |
| | ) | **PLAINTIFFS' ATTORNEYS'** |
| Mark Brnovich, Arizona Attorney General; Jim | ) | **FEES, COSTS, AND EXPENSES** |
| Driscoll, Coconino County Sheriff; Matt Ryan, | ) | |
| Coconino County Jail District Board of Directors | ) | |
| Member; Lena Fowler, Coconino County Jail | ) | |

District Board of Directors Member; Elizabeth )
Archuleta, Coconino County Jail District Board of )
Directors Member; Art Babbott, Coconino County )
Jail District Board of Directors Member; Jim Parks, )
Coconino County Jail District Board of Directors )
Member, all in their official capacities, )
                                                    )
                        Defendants.                 )

**STIPULATION**

The parties file this Joint Stipulation and Proposed Order regarding Plaintiffs' Attorneys' Fees, Costs, and Expenses.

WHEREAS, on January 23, 2020, this Court entered an Order (Doc. 83) granting Plaintiffs' unopposed motion to set the fee petition deadline for 14 days after final judgment on Plaintiffs' claims for declaratory and injunctive relief, and further extended it by joint stipulations to May 15, 2020 (Docs. 95, 97, 99);

WHEREAS, on January 28, 2020, this Court entered final judgment on Plaintiffs' claims for declaratory and injunctive relief (Doc. 87);

WHEREAS, on March 31, this Court approved the parties' joint stipulation regarding Plaintiffs' petition for attorneys' fees and costs, providing that "[i]f the Court determines that an award of fees and costs should issue under 42 U.S.C. § 1988, the amount of fees and costs shall be $125,000 and $1,700, respectively," and ordering the parties to brief the "remaining issue of whether this Court can and/or should issue an award of costs and fees under 42 U.S.C. § 1988." Doc. 99.

WHEREAS, the parties now seek to resolve the issues of attorneys' fees, costs, and expenses without further litigation and hereby enter into this Stipulation of Settlement of Plaintiffs' Attorneys' Fees, Costs and Expenses ("Fee Stipulation");

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE:

(1)     The parties agree and acknowledge that the State of Arizona shall pay Plaintiffs $115,000 in full satisfaction of all claims by Plaintiffs and their counsel for

1

attorneys' fees, costs, and expenses arising out of this action. Payment shall be made by check to the American Civil Liberties Union Foundation, Inc.

(2)     In consideration whereof, Plaintiffs agree and represent that Plaintiffs and their counsel shall release and discharge Defendants for all claims for attorneys' fees, costs, and expenses arising out of this action, and that no other claims for attorneys' fees, costs or expenses arising out of this action shall be made by or on behalf of Plaintiffs against Defendants in any application for attorneys' fees, costs or expenses at any time.

(3)     Upon approval of this Fee Stipulation by this Court, Plaintiffs' claim for attorneys' fees, costs, and expenses shall be dismissed with prejudice.

.

Dated: May 15, 2020                          /s/ Brian Hauss
                                             Brian Hauss (*pro hac vice*)
                                             Vera Eidelman (*pro hac vice*)
                                             Ben Wizner (*pro hac vice*)
                                             ACLU Foundation
                                             Speech, Privacy & Technology Project
                                             125 Broad Street, 18th Floor
                                             New York, NY 10004
                                             Telephone: (212) 549-2500
                                             bhauss@aclu.org
                                             veidelman@aclu.org
                                             bwizner@aclu.org

                                             Casey Arellano (No. 031242)
                                             ACLU Foundation of Arizona
                                             P.O. Box 17148
                                             Phoenix, AZ 85011
                                             Telephone: (602) 650-1854
                                             carellano@acluaz.org

2

*Attorneys for Plaintiffs*

Mark Brnovich
Attorney General

<u>/s/ Drew C. Ensign (with permission)</u>
Drew C. Ensign (No. 25463)
Oramel H. (O.H.) Skinner (No. 32891)
Brunn (Beau) W. Roysden III (No. 28698)
2005 N. Central Avenue
Phoenix, Arizon 85004
Telephone: (602) 542-5200
Drew.Engisn@azag.gov

*Attorneys for Defendant Mark Brnovich and*
*Intervenor-Defendant State of Arizona*

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, the foregoing Stipulation of Settlement of Plaintiffs' Attorneys' Fees, Costs, and Expenses, together with attached documents, was electronically transmitted to the Clerk's Office using the CM/ECF system for filing and distribution to counsel for all parties.


DATED this 15th day of May, 2020


/s/ Brian Hauss
Brian Hauss