# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikkel Jordahl, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Mark Brnovich, et al., <br><br> Defendants. | No. CV-17-08263-PCT-DJH <br><br> **ORDER** |

This matter is before the Court on the parties' Joint Stipulation of Settlement of Plaintiffs' Attorneys' Fees, Costs, and Expenses (Doc. 100). Pursuant to the stipulation of the parties,

**IT IS ORDERED APPROVING** the Stipulation (Doc. 100). The State of Arizona is ordered to pay Plaintiffs in the amount of $115,000 in full satisfaction of Plaintiffs' claim for attorneys' fees, costs, and expenses. Plaintiffs' claim for attorneys' fees, costs, and expenses is **DISMISSED**, with prejudice.

Dated this 18th day of May, 2020.

Honorable Diane J. Humetewa
United States District Judge